**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52905.

Nov. 21, 1972.

Application denied. The relief sought is moot because the judge, since the filing of the writ, has granted relator a new trial.

268 So.2d 674

**CITY OF NEW ORLEANS**

v.

**Thomas A. JOHNSON.**

No. 52954.

Nov. 21, 1972.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

BARHAM, J., is of the opinion the writ should be granted on the motion to quash to determine whether R.S. 14:106 supercedes and makes unconstitutional that portion of 828 M.C.S. Sec. 42–46 which does not exempt employees without financial interest in the theater house except for the salary received for work. This defendant is of the excluded class under the State law.

268 So.2d 675

**Wilmer G. GATHERIGHT**

v.

**UNITED STATES FIDELITY AND GUARANTY COMPANY et al.**

No. 52960.

Nov. 21, 1972.

Application denied; the result is correct.